IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes | Date: February 29, 2008 |
| Court Reporter: Gwen Daniel | |
|         Janet Coppock | |

_____

| | |
|---|---|
| Civil Case No. 08-cv-00343-LTB-KMT | Counsel: |
| | |
| REHABCARE GROUP, INC., and | James Hubbell |
| REHABCARE GROUP EAST, INC., | Ben Fultz |
| d/b/a CPR Rehab Therapy, | Jennifer Stinnett |
| | |
|     Plaintiffs, | |
| v. | |
| | |
| LUIS ROCKY FLORES, | Steven Gutierrez |
| VALERIE FELIX, | John Zabriskie |
| REGAN FUJINO, and | |
| SELECT REHABILITATION, INC., | |
| | |
|     Defendants. | |

_____

COURTROOM MINUTES
_____

HEARING -Temporary Restraining Order

**9:05 a.m.**     **Court in session.**

Also present: Plaintiffs' client representative Patricia Williams.

Argument.

**9:59 a.m.**     **Court in recess.**
**10:20 a.m.**    **Court in session.**

Continued argument.

1

| | |
|---|---|
| **11:21 a.m.** | **Court in recess.** |
| **1:08 p.m.** | **Court in session.** |

Court's findings of facts, conclusions of law.

**ORDERED:** Plaintiffs' Motion for Temporary Restraining Order **(2)** is **granted.** Bond set at $750,000.00. Written Findings, Conclusions and Order to follow.

| | |
|---|---|
| **1:59 p.m.** | **Court in recess.** |
| **2:37 p.m.** | **Court in session.** |

**ORDERED:** Case Referred to Magistrate Judge Tafoya. Signed Order to follow.

Parties directed to meet with Magistrate Judge Tafoya's chambers after the hearing.

**2:57 p.m.**     **Court in recess/hearing concluded.**

Total in-court time: 3:06