IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00343–LTB–KMT

REHABCARE GROUP, INC., and
REHABCARE GROUP EAST, INC., d/b/a
CPR REHAB THERAPY,

    Plaintiffs,

v.

LUIS ROCKY FLORES,
VALERIE FELIX,
REGAN FUJINO,
SELECT REHABILITATION, INC.,

    Defendants.

---

## **ORDER**

---

This matter is before the court on Defendants' "Expedited Motion to Amend the Court's February 29, 2008 Order to Require that Necessary Discovery and an Evidentiary Hearing be Conducted within 20 Days" ("Motion" [Doc No. 30, filed March 7, 2008]). "Plaintiffs' Objection to Defendants' Request that Plaintiffs Respond to Their Motion to Amend by March 11, 2008" ("Objection" [Doc. No. 37])  was filed on March 10, 2008.  This Objection was docketed by the filer as a "Response" to Doc. No. 30, however was not a response to the substantive merits of the Motion, but only to the defendants' accelerated proposed response date.

The docket entry for Doc. No. 37 reads:

RESPONSE to Motion re 30 MOTION to Amend/Correct/Modify 23 Order on Motion to Seal, Order on Motion to Expedite,, *To Require That Necessary Discovery and an Evidentiary Hearing Be Conducted Within 20 Days* MOTION to Amend/Correct/Modify 23 Order on Motion to Seal, Order on Motion to Expedite,, *To Require That Necessary Discovery and an Evidentiary Hearing Be Conducted Within 20 Days* filed by Plaintiffs RehabCare Group, Inc., RehabCare Group East, Inc.. (Attachments: # 1 Proposed Order (PDF Only))(Hubbell, James) (Entered: 03/10/2008)

In a non-expedited case, the response date by which defendants would file a response to defendants' Motion was presumptively twenty days from the date the Motion was filed (March 7, 2008). D.C.Colo.LCivR 7.1(C) The presumptive response date would, therefore, have been March 27, 2008. Since the court docket indicated a response was actually filed on March 10, 2008, the reply, if any, would have been due on or before March 25, 2008. D.C.Colo.LCivR 7.1(C) (the moving party may file a reply within fifteen days of the response).

It would be prejudicial to the responding party, now only four business days from their presumptive required response date pursuant to the Rules of this court, to accelerate the date by which their response must be filed. Therefore,

It is hereby ORDERED, the plaintiffs will file a response to the "Defendants' Expedited Motion to Amend the Court's February 29, 2008 Order to Require that Necessary Discovery and an Evidentiary Hearing be Conducted within 20 Days" [Doc. No. 30], on or before March 27,

2

2008. The defendants will file a reply or a notice that no reply will be filed on or before April 11, 2008.

Dated this 21st day of March, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge