IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00343–LTB–KMT

REHABCARE GROUP, INC., and
REHABCARE GROUP EAST, INC., d/b/a
CPR REHAB THERAPY,

    Plaintiffs,

v.

LUIS ROCKY FLORES,
VALERIE FELIX,
REGAN FUJINO,
SELECT REHABILITATION, INC.,

    Defendants.

# ORDER

    This matter is before the court on "Defendant Select's Emergency Motion to Compel" [Doc. No. 63, filed April 7, 2008]. The court has reviewed the motion and attached exhibits and takes notice of the representations made at the hearing on Thursday, April 3, 2008.

    The production of certain documents and records held by Plaintiffs RehabCare Group, Inc. and RehabCare Group East, Inc. d/b/a CPR Rehab Therapy (hereinafter "Rehab Care") to defendants was discussed at the hearing. RehabCare represented to the court and to the defendants that production would be made on Friday, April 4, 2008, if possible, and that production would be of a continuing nature. A review of Exhibits to the defendants' motion, i.e.

Exhibit D [Doc. No. 63-2], indicates that plaintiffs' attorney represents in several emails that the documents promised in discovery have not been produced by "the client" and that the documents will be produced "as soon as I get the documents from the client . . .". "The client" is the party in this action and "the client" is likewise the proponent of the Motion seeking contempt sanctions against the defendants. "The client" is therefore obligated to produce the documents in an expedited fashion as ordered by the court in order to fully consider the request to hold the defendants in contempt for disobedience to Senior District Judge Babcock's February 29, 2008 Order.

It is hereby ORDERED plaintiffs will produce the following to defendants by no later than midnight, April 9, 2008:

1. As to each of the twenty-two individuals identified in plaintiffs' contempt motion whom RehabCare claims was improperly solicited to work for Select, all personnel files, payroll records (including among others copies of paychecks from November 2007 through the present, 2007 W-2s and any other documents showing the exact entity that paid and or employed the therapists in question), documents reflecting any change in the individuals' employment status with RehabCare and all communications in any format to, from or about those same identified individuals concerning any change in employment status (including "status change forms," handwritten notes/letters, exit interview memos, emails, and any other existing documents).

2. All documents pertaining to investigations RehabCare conducted with respect to individuals whom RehabCare suspected had been working with a competitor from October 2007

to present, including emails, correspondence, notes, spreadsheets or any other document created or retrieved from other sources involving such investigations.

3. Any and all documents which should have been included in the original production of employee files which the plaintiff has admitted are incomplete. (See Exhibit D to defendant Select's Motion to Compel, Doc. No. 63-2).

4. Any other document which the plaintiffs agreed to produce to the defendants at the April 3, 2008 hearing which has not yet been produced.

It is further ORDERED that the defendants have until on or before April 11, 2008 to file their response to plaintiff's Motion for Civil Contempt and Sanctions Against Defendant Select. All other dates previously set will remain in full force and effect.

Dated this 8th day of April, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge