IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00343–LTB–KMT

REHABCARE GROUP, INC., and
REHABCARE GROUP EAST, INC., d/b/a
CPR REHAB THERAPY,

    Plaintiffs,

v.

LUIS ROCKY FLORES,
VALERIE FELIX,
REGAN FUJINO,
SELECT REHABILITATION, INC.,

    Defendants.

## **MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Defendants' "Motion for Leave to File Defendants' Supplemental Response in Opposition to Plaintiffs' Motion to Compel Production of Documents" (#82, filed April 14, 2008) is GRANTED. The Clerk's Office is directed to file and docket the "Defendants' Supplemental Response in Opposition to Plaintiffs' Motion to Compel Production of Documents" attached as Exhibit.

Dated: April 16, 2008