IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00343–LTB–KMT

REHABCARE GROUP, INC., and
REHABCARE GROUP EAST, INC., d/b/a
CPR REHAB THERAPY,

    Plaintiffs,

v.

LUIS ROCKY FLORES,
VALERIE FELIX,
REGAN FUJINO,
SELECT REHABILITATION, INC.,

    Defendants.

## **MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Defendant's "Motion to Substitute Select's Response in Opposition to RehabCare's Motion for Civil Contempt and Sanctions" (#88, filed April 15, 2008) is GRANTED. The Clerk's Office is directed to file Exhibit A to Doc. No. 88, "Select's Response in Opposition to RehabCare's Motion for Civil Contempt and Sanctions" as a separate document and docket it as SELECT'S AMENDED RESPONSE IN OPPOSITION TO REHABCARE'S MOTION FOR CIVIL CONTEMPT AND SANCTIONS.

Dated: April 17, 2008