IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00343–LTB–KMT

REHABCARE GROUP, INC., and
REHABCARE GROUP EAST, INC., d/b/a
CPR REHAB THERAPY,

    Plaintiffs,

v.

LUIS ROCKY FLORES,
VALERIE FELIX,
REGAN FUJINO,
SELECT REHABILITATION, INC.,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"RehabCare's Unopposed Motion to Hold in Abeyance Motion to Compel Production of Documents by Defendants" (#108, filed April 22, 2008) is GRANTED. The parties are attempting to resolve their discovery disputes without court involvement. The court encourages such cooperative efforts. Therefore, "Plaintiffs' Motion to Compel Production of Documents" (#55, filed April 1, 2008) is and will be held in abeyance until further motion by the parties.

"Defendants' Unopposed Motion for Second Extension of Time to Answer or Otherwise Respond to the Verified Complaint" (#75, filed April 11, 2008) is GRANTED.

Dated: April 24, 2008