IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00343–LTB–KMT

REHABCARE GROUP, INC., and
REHABCARE GROUP EAST, INC., d/b/a
CPR REHAB THERAPY,

    Plaintiffs,

v.

LUIS ROCKY FLORES,
VALERIE FELIX,
REGAN FUJINO,
SELECT REHABILITATION, INC.,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


"Plaintiff's Motion to Appear Telephonically" (#111, filed April 24, 2008) is GRANTED. "Defendants' Motion to Appear Telephonically" (#113, filed April 24, 2008) is GRANTED. Counsel may appear via telephone for the status conference on **April 29, 2008** and shall call **(303) 335-2780** at **9:30 a.m.**

Dated: April 25, 2008